IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WAIMONUSHUN D. SMITH**                                                                **PETITIONER**
**ADC #111026**

v.                          **CASE NO.: 5:08CV00200 JMM/BD**

**LARRY NORRIS,**                                                                          **RESPONDENT**
**Director, Arkansas Department**
**of Correction**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Petitioner's petition (#2) is DISMISSED with prejudice, this 19th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE