IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WAIMONUSHUN D. SMITH**                                                                     **PETITIONER**
**ADC #111026**

v.                              **CASE NO.: 5:08CV00200 JMM/BD**

**LARRY NORRIS,**                                                                             **RESPONDENT**
**Director, Arkansas Department**
**of Correction**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 19th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE